UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN PATRICK BLACKMON,

        Petitioner,

v.

JEFFREY A. UTTECHT,

        Respondent.

Case No. C16-1592RSL

ORDER RENOTING CONSIDERATION OF THE REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge. In light of petitioner's objection to the page limitations imposed on his response to the Report and Recommendation, consideration of this matter will be continued to allow petitioner to supplement his submission if he so chooses. The Clerk of Court is directed to renote the Report and Recommendation on the Court's calendar for Friday, August 9, 2019. Petitioner may supplement his objections on or before Wednesday, August 7, 2019. Replies, if any, shall be filed on or before the note date.

ORDER - 1

Dated this 31st day of July, 2019.

*Robert S. Lasnik* (signature)
ROBERT S. LASNIK
United States District Judge

ORDER - 2